# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................    $     **6,330,512.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................    $     **6,330,512.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **29,978,601.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     **537,249.63**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **1,707,076.31**

4. **Total liabilities** ..................................................................................
    Lines 2 + 3a + 3b    $     **32,222,926.94**

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Huntington Bank (formerly First Merit) | Operating Account | 3221 | $89,047.00 |
| 3.2. | Huntington Bank (formerly First Merit) | Cash Collateral Account | 3247 | $0.00 |
| 3.3. | Huntington Bank (formerly First Merit) | Payroll | 3234 | $0.00 |
| 3.4. | Huntington Bank (formerly First Merit) | Disbursement | 9732 | $0.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$89,047.00

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**7.   Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Emera Maine - Electric Service - Main Office** | $282.00 |
| 7.2. | **BCT 1 Plaza at Walnut Hilol, LL - Dallas, TX Office Move in Cost - Security Deposit** | $2,103.00 |
| 7.3. | **City of Austin - Deposit** | $300.00 |
| 7.4. | **City of Phoenix - Performance Deposit** | $7,990.00 |

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **See attached Exhibit A-8** | $474,458.00 |

**9.   Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.                                    | $485,133.00 |

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.   Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 1,502,666.00 | - | 0.00 | = .... $1,502,666.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | 3,652,272.00 | - | 0.00 | = .... $3,652,272.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 257,815.00 | - | 1,970.00 | = .... $255,845.00 |
| | face amount | | doubtful or uncollectible accounts | |

**12.   Total of Part 3.**                                                               | $5,410,783.00 |

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

*Paramount Building Solutions, LLC* (handwritten)

**Cleaning Solutions, LLC**
**Account Reconciliation**

Account Number:    10215
Account Name:      Prepaid

Period Ending: 8/31/2017
Reconciled By: V Orrino

| Insurance | Invoice Date | Policy Period | Division | Policy Amount | Down Payment | Monthly Invoices | Monthly Amort | Amort To Date | Current Balance Due | |
|---|---|---|---|---|---|---|---|---|---|---|
| Property | | 01/15/16 - 01/14/17 | | 24,871.00 | 2,015.50 | 22,855.60 | 2,285.56 | 24,871.10 | - | |
| Auto | | 01/15/16 - 01/14/17 | | 49,271.07 | 3,992.84 | 45,278.20 | 4,527.82 | 49,271.04 | - | |
| Workers' Compensation | | 01/15/16 - 01/14/17 | | 1,776,529.00 | 144,415.64 | 1,632,562.40 | 163,256.24 | 1,570,610.75 | 206,367.29 | ① |
| General Liability | | 01/15/16 - 01/14/17 | | 280,004.71 | 22,691.07 | 257,313.60 | 25,731.36 | 280,004.67 | - | |
| Umbrella | | 01/15/16 - 01/14/17 | | 90,500.00 | 7,333.95 | 83,166.00 | 8,316.60 | 90,499.95 | - | |
| Bank Direct Financing | Interest | 01/15/16 - 01/14/17 | | 34,585.92 | 362.00 | 34,585.90 | 3,458.59 | 34,947.90 | - | |
| Contract Service Fees | TPA | 01/15/16 - 01/14/17 | | | | 34,438.63 | | 34,438.63 | - | |
| D&O Insurance | | 09/01/16 - 12/31/17 | | | | 21,324.00 | | 21,324.00 | - | |
| | | | | 2,255,761.70 | 180,811.00 | 2,131,524.33 | 207,576.17 | 2,105,968.04 | 206,367.29 | |
| Property | | 01/15/17 - 01/14/18 | | 24,768.00 | 2,960.41 | 15,265.32 | 2,180.76 | 15,539.37 | 2,686.36 | |
| Auto | | 01/15/17 - 01/14/18 | | 43,729.00 | 5,226.73 | 26,951.68 | 3,850.24 | 27,435.52 | 4,742.89 | |
| Workers' Compensation | | 01/15/17 - 01/14/18 | | 1,461,620.00 | 174,700.53 | 900,843.65 | 128,691.95 | 965,717.77 | 109,826.41 | |
| General Liability | | 01/15/17 - 01/14/18 | | 346,303.27 | 41,391.99 | 213,437.91 | 30,491.13 | 217,270.00 | 37,559.90 | |
| Umbrella | | 01/15/17 - 01/14/18 | | 89,691.00 | 10,720.34 | 55,279.49 | 7,897.07 | 56,325.88 | 9,673.95 | |
| Bank Direct Financing | Interest | 01/15/17 - 01/14/18 | | 23,252.54 | | 16,276.75 | 2,325.25 | 14,589.28 | 1,687.47 | |
| Contract Service Fees | TPA | | | | | 12,327.96 | | 12,327.96 | - | |
| D&O Insurance-Monthly Extensions | Current Extension Period | 6/1/2017 to 8/31/2017 | | | | 42,171.00 | | 42,171.00 | - | |
| | | | | 1,989,363.81 | 235,000.00 | 1,282,553.76 | 175,436.40 | 1,351,376.78 | 166,176.96 | ① |

| Miscellaneous | | Type | | Total | | Term | Monthly Amort | Amort To Date | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|
| Runzheimer | 4/1/2017 to 3/31/2018 | Mileage Tracker-Software | | 26,521.48 | | | | 12,415.87 | 14,105.61 | |
| Texas State Comptroller | Sales Tax Bond | | | 34,810.25 | | | | | 34,810.25 | ② 2,015.09 |
| Corporate Service Company | 2017 Annual Sec State Fees | | | 8,804.24 | | | | 6,684.37 | 2,119.87 | ③ |
| Buchalter | Retainer for Legal Fees | | | 25,000.00 | | | | | 25,000.00 | ④ 529.97 |
| Michael Carmel | Retainer for Legal Fees | | | 25,000.00 | | | | | 25,000.00 | ⑤ |
| Subtotal | | | | 120,135.97 | | | | 19,100.24 | 101,035.73 | |
| Total | | | | | | | - | | | |
| G/L | | | | | | | | | 473,580.00 | |
| Variance | | | | | | | | | 473,580.00 | |

(handwritten) (4,094 + 2,998) = 7,092
① 480,672

(handwritten) E① 474,458

# EXHIBIT A-8

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies **Cleaning Supplies - Cost** | | $0.00 | | $219,597.00 |

| 23. | Total of Part 5. | | $219,597.00 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Office Furniture - Cost** | $0.00 | | $11,045.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software **Office Equipment - Cost** | $0.00 | | $8,563.00 |

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                          **$19,608.00**
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

      47.1.  Vehicles - Cost                                    $0.00                                        $15,274.00

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**
      Cleaning Equipment - Cost                                 $0.00                                        $91,070.00

51.   **Total of Part 8.**                                                                                         **$106,344.00**
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** <br> **Customer Relationships** | $0.00 | | $0.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $89,047.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $485,133.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,410,783.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $219,597.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $19,608.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $106,344.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +    $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,330,512.00 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,330,512.00 |

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| | | | | |
| --- | --- | --- | --- | --- |
| **2.1** DW Jade, LLC | Describe debtor's property that is subject to a lien | | $29,978,601.00 | $3,652,272.00 |
| Creditor's Name | **90 days or less: Less Than 90 Days - Unbilled** | | | |
| **c/o Thomas Salerno, Esq.** | | | | |
| **1850 N Central Ste 2100** | | | | |
| **Phoenix, AZ 85004** | | | | |
| Creditor's mailing address | Describe the lien | | | |
| | | | | |
| | **Is the creditor an insider or related party?** | | | |
| | ■ No | | | |
| Creditor's email address, if known | ☐ Yes | | | |
| | **Is anyone else liable on this claim?** | | | |
| **Date debt was incurred** | ■ No | | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | | |
| ■ No | ☐ Contingent | | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $29,978,601.00 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Debtor name   **Paramount Building Solutions, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:17-bk-10867-EPB**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Pennsylvania Department of<br>Revenue**<br>PO Box 280905<br>Harrisburg, PA 17128-0905 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$47,044.81** | **$47,044.81** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**State of Texas<br>Bankruptcy & Collection Division<br>MC 008<br>PO Box 12548<br>Austin, TX 78711** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$490,204.82** | **$490,204.82** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,284.25 |
|---|---|---|---|

**Accurate Background**
7515 Irvine Center Drive
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,426.80 |
|---|---|---|---|

**Advantage Building Services**
632 107th Place SE
Everett, WA 98208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**All Mini Storage**
PO Box 454
North Highlands, CA 95660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.00 |
|---|---|---|---|

**Answer 1 Communications**
PO Box 62763
Phoenix, AZ 85012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9242

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,234.98 |
|---|---|---|---|

**Apel Enterprises**
2115 Woodway Drive
New Caney, TX 77357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,106.30 |
|---|---|---|---|

**Armando Hernandez Cabrera**
2910 Pat Booker Rd
Universal City, TX 78148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.38 |
|---|---|---|---|

**AT&T**
PO Box 5014
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8246

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:17-bk-10867-EPB    Doc 51    Filed 10/02/17    Entered 10/02/17 14:35:48    Desc
Main Document    Page 11 of 42

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.26 |
|---|---|---|---|

**AT&T**
PO Box 105414
Atlanta, GA 30348

Date(s) debt was incurred _

Last 4 digits of account number __0646__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,436.39 |
|---|---|---|---|

**Bank Direct Capital Finance**
150 North Field Dr
Ste 190
Lake Forest, IL 60045

Date(s) debt was incurred _

Last 4 digits of account number __2306__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,470.75 |
|---|---|---|---|

**Brady Industries, LLC**
7055 Lindell Road
Las Vegas, NV 89118

Date(s) debt was incurred _

Last 4 digits of account number __9212__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.25 |
|---|---|---|---|

**Brulin Corporation**
PO Box 7048
Group 9
Indianapolis, IN 46207-7048

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.46 |
|---|---|---|---|

**Century Link**
PO Box 29040
Phoenix, AZ 85038

Date(s) debt was incurred _

Last 4 digits of account number __238B__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $894.06 |
|---|---|---|---|

**Clean Brain Software, Inc.**
Attn: Mike Jenkins
460 N University Ave #203
Provo, UT 84601

Date(s) debt was incurred _

Last 4 digits of account number __156__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,047.52 |
|---|---|---|---|

**Cleaning Equipment Repair, Inc.**
11736 E 119th Pl
Henderson, CO 80640

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:17-bk-10867-EPB    Doc 51    Filed 10/02/17    Entered 10/02/17 14:35:48    Desc
Main Document        Page 12 of 42

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $773.27 |
| --- | --- | --- | --- |

**Coast to Coast**
4277 Valley Fair Street
Simi Valley, CA 93063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.45 |
| --- | --- | --- | --- |

**Comcast**
PO Box 3001
Southeastern, PA 19398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9006**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,301.96 |
| --- | --- | --- | --- |

**Corporate Data Solutions, Inc.**
20701 N Scottsdale Rd
Ste 107-121
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,089.86 |
| --- | --- | --- | --- |

**Corporate Service Company**
PO Box 13397
Philadelphia, PA 19101-0600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7741**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.00 |
| --- | --- | --- | --- |

**Cox Communications**
PO Box 53249
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **9101**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
| --- | --- | --- | --- |

**Deductible Recovery Group**
PO Box 66066-11
Hermitage, PA 16148-1066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,209.52 |
| --- | --- | --- | --- |

**Diamabrush LLC**
32470 Industrial Drive
Madison Heights, MI 48071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 2:17-bk-10867-EPB    Doc 51    Filed 10/02/17    Entered 10/02/17 14:35:48    Desc
Main Document         Page 13 of 42

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Enterprise Rent-a-Car Claims Dept**
PO Box 801770
Recovery Dept
Kansas City, MO 64180-1770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,201.79 |
|---|---|---|---|

**Equipment Trade Service Co., Inc.**
20 E Winona Ave
Norwood, PA 19074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,586.85 |
|---|---|---|---|

**ETC of Henderson**
PO Box 948
Henderson, NC 27536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0599

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,481.51 |
|---|---|---|---|

**Federal Express**
PO Box 7221
Pasadena, CA 91109-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1605

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.42 |
|---|---|---|---|

**Ferrell Gas**
PO Box 173940
Denver, CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8213

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.63 |
|---|---|---|---|

**Flood Brothers**
PO Box 4560
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2943

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,045.15 |
|---|---|---|---|

**Fox Rent-a-Car, Inc.**
1735 Brevard Rd
Ste A
Hendersonville, NC 28791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:17-bk-10867-EPB    Doc 51    Filed 10/02/17    Entered 10/02/17 14:35:48    Desc
Main Document    Page 14 of 42

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,331.96 |
|------|---|---|---|

**Gallagher Bassett Services Inc.**
15763 Collections Center Dr
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number  **0105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.61 |
|------|---|---|---|

**Glaser Energy Group**
215 Auburn Dr
Colorado Springs, CO 80909

Date(s) debt was incurred _

Last 4 digits of account number  **Paramo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,672.48 |
|------|---|---|---|

**Graco Manufacutring Co.**
Dept CH 19244
Palatine, IL 60055

Date(s) debt was incurred _

Last 4 digits of account number  **4803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.48 |
|------|---|---|---|

**Green Mountain Energy**
PO Box 121233
Dallas, TX 75312

Date(s) debt was incurred _

Last 4 digits of account number  **9389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.86 |
|------|---|---|---|

**Guardian Repair and Parts**
2210 Peppermill Rd
Houston, TX 77080

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.50 |
|------|---|---|---|

**Harris County Tax Assessor**
PO Box 4089
Houston, TX 77210-4089

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.86 |
|------|---|---|---|

**HEB-TX - Store 576**
7310 Louetta Rd
Spring, TX 77379

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:17-bk-10867-EPB    Doc 51    Filed 10/02/17    Entered 10/02/17 14:35:48    Desc
Main Document     Page 15 of 42

| | | |
|---|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address**<br>**HP Products**<br>PO Box 68310<br>**Indianapolis, IN 46268** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$32,388.65**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number   **0973**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address**<br>**HTC Twister Inc**<br>2839 John Deere Dr<br>**Knoxville, TN 37917** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$253.15**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number   **1177**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.38** | **Nonpriority creditor's name and mailing address**<br>**IB Imperial & P Bag & Paper Co**<br>255 Route 1 & 9<br>**Jersey City, NJ 07306** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$7,788.79**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number   **2424**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.39** | **Nonpriority creditor's name and mailing address**<br>**Integrity Janitorial Services**<br>211 Rainier Ave<br>**Moxee, WA 98936** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$1,575.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address**<br>**Iron Mountain**<br>PO Box 601002<br>**Pasadena, CA 91189-1002** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$3,704.02**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number   **4792**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address**<br>**Lonestar Janitorial Services**<br>PO Box 143112<br>**Austin, TX 78714** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$46,220.16**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address**<br>**Marsh USA**<br>PO Box 846015<br>**Dallas, TX 75284** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$25,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number   **0966**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,140.89 |

**Matera Paper Co., LTD**
PO Box 200184
San Antonio, TX 78220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1975**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,381.65 |

**Maybank & Owings, LLC**
PO Box 80669
Charleston, SC 29416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6917**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,465.00 |

**McGladrey LLP**
5155 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.75 |

**Mike Sullivan Tax Assessor-Collect**
PO Box 4089
Houston, TX 77210-4089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,499.02 |

**Nelson Promotional LLC**
2301 Beachcomber Dr
Gilbert, AZ 85234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206,930.00 |

**Nilfish-Advance Inc.**
Attn: Steve Haskamp
9435 Winnetka Ave N
Minneapolis, MN 55445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6200**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,301.62 |

**Nilfisk-Advance Inc.**
Attn: Steve Haskamp
9435 Winnetka Ave N
Minneapolis, MN 55445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5956**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:17-bk-10867-EPB    Doc 51    Filed 10/02/17    Entered 10/02/17 14:35:48    Desc
Main Document      Page 17 of 42

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,978.39 |
|---|---|---|---|
| | North American Battery Systems<br>12322 Monarch St.<br>Garden Grove, CA 92841 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  8253 | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.26 |
|---|---|---|---|
| | NW Natural<br>220 NW 2nd Avenue<br>Portland, OR 97209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  2941 | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,393.44 |
|---|---|---|---|
| | Pacific Office Automation<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  6264 | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $569.05 |
|---|---|---|---|
| | Pacific Office Automation<br>14147 NW Greenbrier Pkwy<br>Beaverton, OR 97006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  A580 | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,310.56 |
|---|---|---|---|
| | Penske Truck Leasing<br>PO Box 802577<br>Chicago, IL 60680-2577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  2615 | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96,004.68 |
|---|---|---|---|
| | Philip Rosenau Co.<br>750 Jacksonville Rd.<br>Warminster, PA 18974 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  6200 | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,194.20 |
|---|---|---|---|
| | Pinnacle Propane<br>PO Box 104128<br>Irving, TX 75017-0128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533,249.09 |

**Pioneer Eclipse Corporation**
PO Box 890906
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4035**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,795.91 |

**Pitney Bowes**
PO Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3553**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,003.46 |

**Pitney Bowes Global Financial Svcs**
PO Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1507**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,055.83 |

**Planned Admnistrators**
PO Box 6927
Columbia, SC 29260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2200**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.14 |

**Portland General**
PO Box 4438
Portland, OR 97208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6658**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |

**Professional Sky Cleaning**
1805 E Jefferson
Phoenix, AZ 85034-2021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,172.86 |

**Quantum Think**
520 S 3rd St
Philadelphia, PA 19147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:17-bk-10867-EPB    Doc 51    Filed 10/02/17    Entered 10/02/17 14:35:48    Desc
Main Document    Page 19 of 42

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,011.57 |
|---|---|---|---|

**Quarles & Brady LLP**
**Two N Central Ave**
**Phoenix, AZ 85004-2021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,940.00 |
|---|---|---|---|

**Reliable Janitorial Inc.**
**PO Box 1730**
**Silverdale, WA 98383-1730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

**Ric Ulloa Cleaning**
**316 SE Pioneer Way**
**#118**
**Oak Harbor, WA 98277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,672.55 |
|---|---|---|---|

**Runzheimer International Ltd.**
**26858 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _2787_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281.50 |
|---|---|---|---|

**Safeway Inc.**
**6900 S Yosemine St**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,579.68 |
|---|---|---|---|

**Sandoval Houston Janitorial**
**423 Frazer Lane**
**Houston, TX 77037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 |
|---|---|---|---|

**Smith LP Gas**
**601 North I-27**
**Lubbock, TX 79403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,240.61 |
|---|---|---|---|

**Sprint**
PO Box 54977
Los Angeles, CA 90054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **5956**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,341.36 |
|---|---|---|---|

**Staples Advantage**
Dept LA
PO Box 83689
Chicago, IL 60696-2689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **6368**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.25 |
|---|---|---|---|

**Suburban Propane**
PO Box 290
Whippany, NJ 07981-0290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,362.83 |
|---|---|---|---|

**Supply Works (AmSan)**
PO Box 742056
Los Angeles, CA 90074-2056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,418.09 |
|---|---|---|---|

**Tecserv**
Dept CH 19244
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **A120**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.87 |
|---|---|---|---|

**Terminix Commercial**
11727 S Sam Houston Pkway W
#F2
Houston, TX 77031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **9986**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,818.07 |
|---|---|---|---|

**The Hartford**
PO Box 8500-3690
Philadelphia, PA 19178-3960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,930.02 |
|---|---|---|---|

**Topco Associates Inc.**
PO Box 96002
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number **045R**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.01 |
|---|---|---|---|

**Toshiba Financial Services**
PO Box 41602
Philadelphia, PA 19101-1602

Date(s) debt was incurred _

Last 4 digits of account number **3841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,814.55 |
|---|---|---|---|

**U-Haul**
PO Box 52128
Phoenix, AZ 85072

Date(s) debt was incurred _

Last 4 digits of account number **4871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.00 |
|---|---|---|---|

**Universal Sales & Services**
5 Boulder Parkway Rt 20
PO Box 596
North Oxford, MA 01537

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,806.72 |
|---|---|---|---|

**Unlimited Cleaning Solutions Inc.**
1854 Production CT
Louisville, KY 40299

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.50 |
|---|---|---|---|

**VMC Technical Assistance**
8311 Eastpoint Dr
Ste 800
Dallas, TX 75227

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,052.19 |
|---|---|---|---|

**Wagner Supply Company**
PO Box 225387
Dallas, TX 75222

Date(s) debt was incurred _

Last 4 digits of account number **1855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,481.13 |
|---|---|---|---|

**Waxie Sanitary Supply**
PO Box 60227
Los Angeles, CA 90060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4009**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,780.00 |
|---|---|---|---|

**WTG Fuel Inc.**
4124 Hwy 46 N
Seguin, TX 78155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7620**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.68 |
|---|---|---|---|

**Xerox Financial Services**
PO Box 202882
Dallas, TX 75320-2882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3001**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 537,249.63 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,707,076.31 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,244,325.94 |

Debtor name    **Paramount Building Solutions, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:17-bk-10867-EPB**

☐ Check if this is an
   amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.   State what the contract or
      lease is for and the nature of
      the debtor's interest

      State the term remaining

      List the contract number of any             **SEE ATTACHED EXHIBIT G**
         government contract

**PBS & PBSCA Building Solutions, LLC**
**Rent Schedule**

| VENDOR ID | Vendor - Landlord | GL CODE | Amount | Payee / Address | Phone | Company |
|---|---|---|---|---|---|---|
| BCT1PL00 | BCT 1 Plaza at Walnut Hill, IL / Dallas Office Lease | 60635-0014-00 | 2287.00 | PO Box 2949 San Francisco, CA 94126 / 11034 Shady Trail, Suite 135 Dallas, TX 76229 / Contact: David Hunt - Dallas Office | (214) 304-0734 | PBS |
| CUSREA00 | Cush Realty / ME Office Lease | 60615-0047-40 | 859.00 | 1564 Hammond Street Bangor, ME 04401 / 1076 E Hammond St Bangor, ME 04401 / Contact: Joe Dyess | (207) 942-2042 | |
| EXTSPAM / COMMENT: | Extra Space Storage - NV / Unit #1113 | 60635-0000-00 | 223.00 | 3008 E Sunset Rd Las Vegas, NV 89120 | (702) 435-4781 | PBS |
| FKMPAR00 / COMMENT: | FKM Partnership, Ltd / Houston Office Lease Ste #G104 & G105 / CAM | 60635-0014-00 / 60760-0014-00 | 1568.58 / 1120.37 | 8602 Mapleridge, Suite 210 Bellaire, TX 77401 / 11261 Richmond Ave #Ste 104 Houston, TX 77082 / Contact: Rose Ramirez - Houston Office | (713) 668-2369 | PBS |
| GLRARNOLD | Gary Arnold Property Trust / San Antonio Office Lease | 60635-0014-00 | 1,000.00 | PO Box 700455 San Antonio, TX 78270 / 18 Burwood Lane San Antonio, TX 78216 / (site property.buildlllres.com) | (210) 837-1121 | PBS |
| LACOSTAXX / CAM | PV La Costa, LLC / Austin, TX Office Lease | 60635-0014-00 / 60760-0014-00 | 1339.75 / 649.73 | 12912 Hill Country Blvd Ste F233 Bee Caves, TX 78738 / 6448 Hwy 290 East Ste 103A Austin, TX 78723 | | |
| METSEL00 | Metro Self Storage / Unit #5001 | 50450-0014-00 | 139.00 | 315 N Midland Dr Midland, TX 79703 | (432) 694-7200 | |
| METSEL01 / COMMENT: | Metro Self Storage / Unit 9 | 50450-0014-71 | 222.00 | 5300 S Coulter St Amarillo, TX 79119 | (806) 351-3322 | PBS |
| METSEL02 / COMMENT: | Metro Self Storage / Unit 114 | 50450-0014-71 | 233.00 | 1311 W Loop 289 Lubbock, TX 79416 | (806) 687-6666 | PBS |
| OMARK600 / COMMENT: | Omark Highlands, LLC / OR Office Lease Suite G / CAM | 69635-0000-00 / 60760-0000-00 | 1,104.00 / 440.55 | PO Box 230316 Portland, OR 97299 / 5891 SE International Way Unit H Milwaukie, OR 97222 / Contact: Tracy Hubbard | (503) 407-3919 | PBS |
| PUBSTO02 / COMMENT: | Public Storage 24831 / Unit E002 / Unit E008 / Unit D039 | 50450-0014-00 | 282.00 / 288.00 / 198.00 | 2850 Expandale Road Houston, TX 77042-3905 | (713) 975-6987 | |
| PUBSTO1D / COMMENT: | Public Storage - 24235 / Unit E322 / Unit E332 / Unit E337 / Unit E338 / Unit E339 / Unit E340 / Unit E342 | 60334-0000-00 | 599.00 / 444.00 / 404.00 / 501.00 / 560.00 / 601.00 / 404.00 | 14050 Bowie Road Laurel, MD 20707-4849 | (301) 953-3273 | PBS |
| PUBSTO13 / COMMENT: | Public Storage / Unit 21 | 50450-0024-43 | 304.56 | 7000 Lindbergh Blvd Philadelphia, PA 19153 / *Sept pymt mailed to Laurel-Pymt has been moved to correct acct. | (215) 365-2105 | PBS |
| SSNPRO00 / COMMENT: | SSN Properties II, LLC / Phoenix Office Lease | 60635-0000-00 | 3,531.15 | 7225 E 1st Ave Ste 201 Scottsdale, AZ 85251 / 18251 S 51st Ste 104 Phoenix, AZ 85044 / $3,465.63 (Incls $89.52 sales tax and $90 for 2 parking spaces) | (480) 494-6640 | PBS |
| STOLOC00 | Store-Lock #7 / Unit 196 | 60635-0000-00 | 48.00 | 4630 S Redwood Rd Taylersville, UT 84123 | | PBS |
| STOSOL00 | Elliot-Xymne Storage Solutions / Unit A46 / Unit A50 / Unit D66 | 50635-0000-00 / 50635-0000-90 / 50450-0026-73 | 189.56 / 281.72 / 92.51 | 543 W Elliot Rd Tempe, AZ (Elliot-Xymne) / info@elliotxymnestorage.com / 10 x 28 / 10 x 30 / 5 x 10 | (480) 940-0111 | |
| VIOHEN00 | Violet Hennemann / Bentonville, IL Office Lease | 60635-0018-00 | 1,500.00 | 865 E Schaumburg Rd #223 Schaumburg, IL 60194 / 708 Industrial Drive Bentonville, IL 60195 | | PBS |

# EXHIBIT G

Debtor name **Paramount Building Solutions, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:17-bk-10867-EPB**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Cleaning Solutions, LLC** | | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **JMS Building Solutions, LLC** | | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Starlight Building Solutions, LLC** | | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

Fill in this information to identify the case:

Debtor name    **Paramount Building Solutions, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:17-bk-10867-EPB**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$19,638,981.00** |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$24,250,366.23** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$24,944,173.96** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Exhibit SOFA 3** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List all payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Paramount Building Solutions LLC
Vendor Ledgers
For the Period From Jun 17, 2017 to Sep 15, 2017

Filter Criteria includes: 1) Types from EquipSpl to Supplier. Report order is by ID.

| Vendor ID | Vendor | Date | Trans No | Type | Paid | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|---|
| ACCOM-MOLLENOI | IB Imperial & P Bag & Pape | 6/23/17 | 132910 | CDJ | | 13,262.75 | | 33,609.68 |
| ACCOM-MOLLENOI | IB Imperial & P Bag & Pape | 8/1/17 | 133104 | CDJ | | 18,813.31 | | 22,463.35 |
| ACCOM-MOLLENOI | IB Imperial & P Bag & Pape | 8/25/17 | 133220 | CDJ | | 12,505.32 | | 14,630.87 |
| ACCOM-MOLLENOI | IB Imperial & P Bag & Pape | 8/31/17 | 133220V | CDJ | | | 12,505.32 | 27,136.19 |
| ACCOM-MOLLENOI | IB Imperial & P Bag & Pape | 8/31/17 | 710003674 | CDJ | | 19,347.40 | | 7,788.79 |
| ADVACC00 | Advance Acceptance/All Li | 6/19/17 | 710003139 | CDJ | | 4,133.11 | | 328.90 |
| ADVACC00 | Advance Acceptance/All Li | 7/3/17 | 132985 | CDJ | | 328.10 | | 4,391.90 |
| ADVACC00 | Advance Acceptance/All Li | 7/5/17 | 710003541 | CDJ | | 258.99 | | 4,132.91 |
| ADVACC00 | Advance Acceptance/All Li | 7/19/17 | 710003483 | CDJ | | 4,133.11 | | -0.20 |
| ADVACC00 | Advance Acceptance/All Li | 8/2/17 | 710003552 | CDJ | | 258.99 | | 4,132.91 |
| ADVACC00 | Advance Acceptance/All Li | 8/16/17 | 710003624 | CDJ | | 4,133.11 | | -0.20 |
| ADVACC00 | Advance Acceptance/All Li | 9/7/17 | 710003680 | CDJ | | 258.99 | | 4,132.81 |
| AMSXX00 | SupplyWorks (AmSan) | 6/30/17 | 132953 | CDJ | | 7,518.58 | | 1,617.86 |
| AMSXX00 | SupplyWorks (AmSan) | 8/1/17 | 133105 | CDJ | | 1,617.86 | | 2,362.83 |
| APENT00 | Apel Enterprises | 7/3/17 | 132961 | CDJ | | 9,118.00 | | 1,417.00 |
| APENT00 | Apel Enterprises | 7/24/17 | 133046 | CDJ | | 6,758.00 | | 2,304.00 |
| APENT00 | Apel Enterprises | 8/11/17 | 133189 | CDJ | | 6,051.00 | | 3,274.00 |
| APENT00 | Apel Enterprises | 9/1/17 | 133255 | CDJ | | 7,234.98 | | 0.00 |
| AUTZON00 | Auto Zone | 8/25/17 | 133221 | CDJ | | 1,572.73 | | 0.00 |
| BRAIND01 | Brady Industries LLC | 6/23/17 | 132912 | CDJ | | 8,314.03 | | 39,467.32 |
| CLEEQU00 | Cleaning Equipment Repai | 8/1/17 | 133106 | CDJ | | 2,998.89 | | 15,710.12 |
| CLEEQU00 | Cleaning Equipment Repai | 9/15/17 | 133106V | CDJ | | | 2,998.89 | 27,496.47 |
| DIACLE00 | Diamond Cleaning LLC | 6/20/17 | 710003414 | CDJ | | 5,479.50 | | 20,292.04 |
| DIACLE00 | Diamond Cleaning LLC | 7/7/17 | 710003420 | CDJ | | 10,818.52 | | 9,983.52 |
| DIACLE00 | Diamond Cleaning LLC | 7/20/17 | 710003482 | CDJ | | 9,473.52 | | 1,020.00 |
| DIACLE00 | Diamond Cleaning LLC | 8/11/17 | 710003618 | CDJ | | 510.00 | | 21,720.00 |
| DIACLE00 | Diamond Cleaning LLC | 8/11/17 | 710003619 | CDJ | | 510.00 | | 21,210.00 |
| DIACLE00 | Diamond Cleaning LLC | 8/18/17 | 710003625 | CDJ | | 9,000.00 | | 12,210.00 |
| DIACLE00 | Diamond Cleaning LLC | 8/18/17 | 710003626 | CDJ | | 6,000.00 | | 6,210.00 |
| DIACLE00 | Diamond Cleaning LLC | 8/25/17 | 710003628 | CDJ | | 6,210.00 | | 0.00 |
| ENTFLE00 | Enterprise Fleet Managem | 8/7/17 | 710003549 | CDJ | | 9,357.74 | | 8,081.54 |
| ENTFLE00 | Enterprise Fleet Managem | 8/7/17 | 710003550 | CDJ | | 8,081.54 | | 0.00 |
| EQUTRA00 | Equipment Trade Service C | 7/14/17 | 133035 | CDJ | | 5,000.00 | 5,000.00 | 0.00 |

# EXHIBIT SOFA 3 (1 OF 4)

**Paramount Building Solutions LLC**
**Vendor Ledgers**
**For the Period From Jun 17, 2017 to Sep 15, 2017**

Filter Criteria includes: 1) Types from EquipSpt to Supplier. Report order is by ID.

| Vendor ID | Vendor | Date | Trans No | Type | Paid | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|---|
| ETC00 | ETC of Henderson | 8/1/17 | 133107 | CDJ | | 5,666.60 | | 6,662.10 |
| ETC00 | ETC of Henderson | 8/4/17 | 133166 | CDJ | | 5,581.50 | | 1,080.60 |
| ETS000 | Equipment Trade Service C | 7/6/17 | 133029 | CDJ | | 5,000.00 | 5,000.00 | 0.00 |
| ETS000 | Equipment Trade Service C | 7/17/17 | 133029V | CDJ | | 5,000.00 | 5,000.00 | 0.00 |
| FERGAS00 | Ferrell Gas | 7/3/17 | 132963 | CDJ | | 11,006.91 | | 896.75 |
| FERGAS00 | Ferrell Gas | 7/24/17 | 133048 | CDJ | | 3,307.80 | | 3,888.95 |
| FERGAS00 | Ferrell Gas | 8/11/17 | 133171 | CDJ | | 9,293.33 | | 736.90 |
| FERGAS00 | Ferrell Gas | 9/1/17 | 133257 | CDJ | | 6,250.42 | | 1,529.48 |
| Glaser00 | Glaser Energy Group (Prop | 7/3/17 | 132974 | CDJ | | 620.36 | | 147.22 |
| Glaser00 | Glaser Energy Group (Prop | 7/24/17 | 133063 | CDJ | | 311.79 | | 18.40 |
| Glaser00 | Glaser Energy Group (Prop | 8/11/17 | 133183 | CDJ | | 292.81 | | 35.74 |
| Glaser00 | Glaser Energy Group (Prop | 9/1/17 | 133264 | CDJ | | 402.21 | | 18.40 |
| Glaser00 | Glaser Energy Group (Prop | 9/15/17 | 133183V | CDJ | | | 292.81 | 494.70 |
| Glaser00 | Glaser Energy Group (Prop | 9/15/17 | 133264V | CDJ | | | 402.21 | 896.91 |
| Grainger01 | Grainger Supplies | 8/1/17 | 133108 | CDJ | | 764.72 | | 0.00 |
| GRAMAN00 | Graco Manufacturing Co. | 7/28/17 | 133089 | CDJ | | 8,356.07 | | 0.00 |
| GREMOU00 | Green Mountain Energy | 7/3/17 | 133002 | CDJ | | 89.42 | | 0.00 |
| GREMOU00 | Green Mountain Energy | 8/4/17 | 133143 | CDJ | | 183.24 | | 0.00 |
| GREMOU00 | Green Mountain Energy | 9/8/17 | 133299 | CDJ | | 169.46 | | 0.00 |
| GUAREP00 | Guardian Repair and Parts | 7/28/17 | 133091 | CDJ | | 1,556.01 | | 78.48 |
| HPRODUCTS00 | HP Products | 7/28/17 | 133092 | CDJ | | 15,085.80 | | 50,329.26 |
| HPRODUCTS00 | HP Products | 8/25/17 | 133211 | CDJ | | 38,994.56 | | 30,232.33 |
| HTCTWI00 | HTC Twister Inc | 8/1/17 | 133109 | CDJ | | 3,635.30 | | 0.00 |
| Jordon100 | Jon-Don | 8/15/17 | 133201 | CDJ | | 4,872.78 | | 0.00 |
| MARUSA00 | Marsh USA | 8/4/17 | 133158 | CDJ | | 50,000.00 | | 25,000.00 |
| MATPAP00 | Matera Paper Co., LTD | 7/28/17 | 133098 | CDJ | | 10,148.94 | | 9,820.22 |
| MEMat00 | Maine Material Handling | 8/11/17 | 133185 | CDJ | | 70.67 | | 0.00 |

# EXHIBIT SOFA 3 (2 OF 4)

Case 2:17-bk-10867-EPB   Doc 51   Filed 10/02/17   Entered 10/02/17 14:35:48   Desc
Main Document   Page 30 of 42

Paramount Building Solutions LLC
Vendor Ledgers
For the Period From Jun 17, 2017 to Sep 15, 2017

Filter Criteria includes: 1) Types from EquipSpt to Supplier. Report order is by ID.

| Vendor ID | Vendor | Date | Trans No | Type | Paid | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|---|
| MEPAPER00 | Maine Paper & Jan Prod | 6/30/17 | 132947 | CDJ | | 1,153.75 | | 0.00 |
| NELPRO00 | Nelson Promotional, LLC. | 6/23/17 | 132915 | CDJ | | 3,929.85 | | 4,992.22 |
| NELPRO00 | Nelson Promotional, LLC. | 8/1/17 | 133110 | CDJ | | 1,713.04 | | 3,499.02 |
| NILADV00 | Nilfisk-Advance, Inc | 6/23/17 | 132916 | CDJ | | 577.12 | | 24,278.71 |
| NILADV00 | Nilfisk-Advance, Inc | 8/1/17 | 133111 | CDJ | | 19,552.11 | | 18,079.99 |
| NILADV01 | Nilfisk-Advance, Inc | 8/23/17 | 132909 | CDJ | | 22,970.01 | | 0.00 |
| NILADV02 | Nilfisk, Inc | 7/3/17 | 133020 | CDJ | | 115,590.45 | | 91,163.59 |
| NILADV02 | Nilfisk, Inc | 7/3/17 | 133020V | CDJ | | | 115,590.45 | 206,754.04 |
| NILADV02 | Nilfisk, Inc | 7/3/17 | 133022 | CDJ | | 68,399.22 | | 138,354.82 |
| NILADV02 | Nilfisk, Inc | 7/27/17 | 133088 | CDJ | | 69,168.22 | | 69,186.60 |
| NORAME00 | North American Battery Sys | 6/23/17 | 132917 | CDJ | | 20,712.32 | | 49,633.09 |
| NORAME00 | North American Battery Sys | 7/28/17 | 133101 | CDJ | | 10,859.57 | | 51,317.49 |
| PENTRU00 | Penske Truck Leasing | 6/23/17 | 132921 | CDJ | | 3,011.50 | | 5,344.93 |
| PENTRU00 | Penske Truck Leasing | 7/5/17 | 133025 | CDJ | | 5,344.93 | | 0.00 |
| PIOECL00 | Pioneer Eclipse Corporatio | 6/30/17 | 132951 | CDJ | | 50,275.57 | | 523,306.48 |
| PIOECL00 | Pioneer Eclipse Corporatio | 8/4/17 | 133160 | CDJ | | 76,650.61 | | 525,268.11 |
| PIOECL00 | Pioneer Eclipse Corporatio | 8/18/17 | 133203 | CDJ | | 52,076.17 | | 530,057.17 |
| PRODIR00 | Pinnacle Propane | 7/3/17 | 132877 | CDJ | | 1,032.20 | | 0.00 |
| PRODIR00 | Pinnacle Propane | 7/24/17 | 133055 | CDJ | | 466.06 | | 1,036.22 |
| PRODIR00 | Pinnacle Propane | 8/11/17 | 133186 | CDJ | | 1,490.28 | | 434.06 |
| PRODIR00 | Pinnacle Propane | 9/1/17 | 133266 | CDJ | | 1,194.20 | | 0.00 |
| PROLEA00 | Provident Equipment Lease | 7/3/17 | 710003418 | CDJ | | 5,938.25 | | 0.00 |
| PROLEA00 | Provident Equipment Lease | 8/1/17 | 710003644 | CDJ | | 2,921.34 | | 3,016.91 |
| PROLEA00 | Provident Equipment Lease | 8/1/17 | 710003645 | CDJ | | 3,016.91 | | 0.00 |
| QUATHI00 | Quantum Think | 9/1/17 | 133254 | CDJ | | 7,172.86 | | 0.00 |
| SMITHLP00 | Smith LP Gas | 7/3/17 | 132978 | CDJ | | 578.00 | | 0.00 |
| SMITHLP00 | Smith LP Gas | 8/1/17 | 133188 | CDJ | | 908.00 | | 435.00 |
| SMITHLP00 | Smith LP Gas | 9/1/17 | 133267 | CDJ | | 435.00 | | 0.00 |
| SUBPRO00 | Suburban Propane | 7/3/17 | 132979 | CDJ | | 371.02 | | 0.00 |
| SUBPRO00 | Suburban Propane | 8/1/17 | 133189 | CDJ | | 632.64 | | 0.00 |
| SUBPRO00 | Suburban Propane | 9/1/17 | 133268 | CDJ | | 187.25 | | 0.00 |

9/27/2017 at 10:16 PM

# EXHIBIT SOFA 3 (3 OF 4)

# Paramount Building Solutions LLC

## Vendor Ledgers

### For the Period From Jun 17, 2017 to Sep 15, 2017

Filter Criteria includes: 1) Types from EquipSpl to Supplier. Report order is by ID.

| Vendor ID | Vendor | Date | Trans No | Type Paid | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| TECSER00 | TecServ | 6/23/17 | 132922 | CDJ | 3,672.63 | | 16,384.88 |
| TECSER00 | TecServ | 6/30/17 | 132948 | CDJ | 6,949.40 | | 9,435.48 |
| TECSER00 | TecServ | 6/30/17 | 132948V | CDJ | | 6,949.40 | 16,384.88 |
| TECSER00 | TecServ | 6/30/17 | 132949 | CDJ | 11,966.79 | | 4,418.09 |
| TENSAL00 | Tennant Sales & Service C | 8/4/17 | 133168 | CDJ | 8,326.35 | | 757.81 |
| UHAXXX01 | U-Haul | 6/23/17 | 710003203 | CDJ | 3,247.72 | | 1,310.53 |
| UHAXXX01 | U-Haul | 7/10/17 | 710003421 | CDJ | 1,736.01 | | 485.62 |
| UHAXXX01 | U-Haul | 8/11/17 | 710003620 | CDJ | 3,294.97 | | 3,399.68 |
| UHAXXX01 | U-Haul | 9/1/17 | 710003676 | CDJ | 4,814.55 | | 338.60 |
| WAGNER00 | Wagner Supply Company | 6/30/17 | 132946 | CDJ | 8,473.27 | | 2,824.22 |
| WAGNER00 | Wagner Supply Company | 8/1/17 | 133113 | CDJ | 3,356.65 | | 3,349.35 |
| WAXSAN00 | Waxie Sanitary Supply | 7/28/17 | 133103 | CDJ | 9,459.04 | | 3,530.42 |
| WTGFUE00 | WTG Fuel, Inc. | 7/3/17 | 132980 | CDJ | 2,060.00 | | 1,940.00 |
| WTGFUE00 | WTG Fuel, Inc. | 7/24/17 | 133056 | CDJ | 1,820.00 | | 1,955.00 |
| WTGFUE00 | WTG Fuel, Inc. | 8/11/17 | 133190 | CDJ | 3,575.00 | | 0.00 |
| WTGFUE00 | WTG Fuel, Inc. | 9/1/17 | 133269 | CDJ | 2,780.00 | | 0.00 |

Total Payments    1,009,600.62    178,709.09    832,891.53

# EXHIBIT SOFA 3 (4 OF 4)

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Michael W. Carmel, Ltd.**<br>**80 E. Columbus Avenue**<br>**Phoenix, AZ 85012** | **Attorney Fees - Retainer** | **08/25/2017** | **$25,000.00** |
| | Email or website address<br>**michael@mcarmellaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Michael W. Carmel, Ltd.**<br>**80 E. Columbus Avenue**<br>**Phoenix, AZ 85012** | **Attorney Fees - Retainer** | **09/12/2017** | **$20,000.00** |
| | Email or website address<br>**michael@mcarmellaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Case 2:17-bk-10867-EPB    Doc 51    Filed 10/02/17    Entered 10/02/17 14:35:48    Desc
Main Document         Page 34 of 42

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **SEE EXHIBIT G** | **SEE EXHIBIT G** | | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

---

PBS & PBSCA Building Solutions, LLC
Rent Schedule

| VENDOR ID | Vendor / Landlord | GL CODE | Amount | Phone / Address | Phone | Company |
|---|---|---|---|---|---|---|
| BCT1PL00 | BCT 1 Plaza at Walnut Hill, Ill. / Dallas Office Lease | 60636-0014-00 | 2257.00 | PO Box 2069 San Francisco, CA 94126 / 11634 Shady Trail, Suite 108 Dallas, TX 75229 / Contact: Daniel Hunt - Dallas Office | (214) 304-0724 | PBB |
| CUSREA00 | Cush Realty / ME Office Lease | 60635-0047-00 | 803.00 | 1004 Hammond Street Bangor, ME 04401 / 1076 E Hammond St Bangor, ME 04491 / Contact: Joe Dario | (207) 942-3042 | |
| EXTSPA00 | Extra Space Storage - NV / Unit A113 | 60635-0000-00 | 223.00 | 3008 E Sunset Rd Las Vegas, NV 89120 | (702) 435-4781 | PBS |
| FKMPAR00 / COMMENT: | FKM Partnership, Ltd / Houston Office Lease Ste #G104 & G105 / CAM | 60N35-0014-00 / 60760-0014-00 | 1345.85 / 1125.37 | 8902 Maplefidge, Suite 210 Bellaire, TX 77401 / 11291 Richmond Ave #Ste 104 Houston, TX 77482 / Contact: Rose Ramirez - Houston Office | (713) 668-2369 | PBS |
| GLASHOLD / COMMENT: | Gary Arnold Property Trust / San Antonio Office Lease / CAM | 60635-0014-00 | 1,000.00 | PO Box 780665 San Antonio, TX 78278 / 18 Burwood Lane San Antonio, TX 78216 / lala.property.trust@no.com | (210) 637-1121 | PBS |
| LACOSTAXX | PV La Costa, LLC / Austin, TX Office Lease / CAM | 60035-0014-00 / 60760-0014-00 | 1339.75 / 848.73 | 12912 Hill Country Blvd Ste F233 Bee Caves, TX 78734 / 8446 Hwy 290 East Ste 103A Austin, TX 78725 | | |
| METISBL00 | Metro Self Storage / Unit #3001 | 50450-0014-00 | 139.00 | 315 N Midland Dr Midland, TX 79703 | (432) 694-7200 | |
| METSBL01 / COMMENT: | Metro Self Storage / Unit 9 | 50450-0014-71 | 222.00 | 5300 S Coulter St Amarillo, TX 79110 | (806) 331-3322 | PBB |
| METSBL02 / COMMENT: | Metro Self Storage / Unit 114 | 50450-0014-71 | 233.00 | 131 W Loop 289 Lubbock, TX 79416 | (806) 687-6068 | PBB |
| OMAH9000 / COMMENT: | Omark Highlands, LLC / OR Office Lease Suite G / CAM | 60635-0006-00 / 60760-0006-56 | 1,104.00 / 449.55 | PO Box 230516 Portland, OR 97299 / 6891 SE International Way Unit H Milwaukie, OR 97222 / Contact: Tracy Hubbard | (503) 407-2919 | PBS |
| PUBST002 / COMMENT: | Public Storage 24051 / Unit E002 / Unit E008 / Unit D009 | 50450-0014-00 | 292.00 / 298.00 / 199.00 | 2650 Ropentale Road Houston, TX 77043-3905 | (718) 975-5987 | |
| PUBST010 / COMMENT: | Public Storage - 24235 / Unit E322 / Unit E332 / Unit E337 / Unit E339 / Unit E339 / Unit E340 / Unit E342 | 60836-0000-00 | 399.00 / 444.00 / 404.00 / 501.00 / 560.00 / 607.00 / 404.00 | 14650 Bowie Road Laurel, MD 20707-4649 | (301) 953-3273 | PBB |
| PUBST013 | Public Storage / Unit 21 | 50450-0024-03 | 304.56 | 7000 Lindbergh Blvd Philadelphia, PA 19153 / *Sent perm mailed to Laurel-Perm has been moved to correct acct. | (215) 365-2105 | PBS |
| SSMPRO00 / COMMENT: | SSM Properties, LLC / Phoenix Office Lease | 60035-0000-00 | 3,331.13 | 7228 E 1st Ave Ste 201 Scottsdale, AZ 85291 / 4325f S 51st St Ste 105 Phoenix, AZ 85044 / $3,469.50 (Unit 895.52 sales tax and $50 for 2 parking spaces) | (480) 656-8840 | PBS |
| STOLOC00 | Stor-N-Lock #7 / Unit '90 | 60035-0000-00 | 48.00 | 4690 S Redwood Rd Taylorsville, UT 84123 | | PBB |
| STOSOL00 | Elite-Kynee Storage Solutions / Unit A46 / Unit A50 / Unit D68 | 60835-0000-00 / 50450-0000-00 / 50450-0029-73 | 198.50 / 266.72 / 62.51 | 543 W Elliot Rd Tempe, AZ (Elliot-Kynne) / info@elitestorageqroup.com | (480) 940-0111 / 10 x 28 / 10 x 30 / 5 x 10 | |
| VIOHER00 | Violet Vermaanen / Bensanville, IL Office Lease | 60635-0013-00 | 1,600.00 | 1631 E Schaumburg Rd #225 Schaumburg, IL 60194 / 766 Industrial Drive Bensenville, IL 60196 | | PBB |

# EXHIBIT G

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Cleaning Solutions, LLC** | **Janitorial & Floor Cleaning Servicees** | **Dates business existed**<br>EIN:     **20-8707662**<br>From-To   **03/23/2007** |
| 25.2. **JMS Building Solutions, LLC** | **Janitorial and Floor Cleaning Services** | EIN:     **26-3612078**<br>From-To   **09/02/2008** |
| 25.3. **Starlight Building Solutions, LLC** | **Janitorial & Floor Cleaning Services** | EIN:     **26-1981027**<br>From-To   **02/12/2008** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**
26d.1.   **DW Jade, LLC**

---

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

---

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeff Southard** | | **CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stephen Park** | | **CFO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Albert Altro** | | **Traverse/BOD** | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Albert Altro** | | **Traverse LLC/BOD** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Glen Kucera** | | **CEO** | **Until June 2017** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jeff Southard** | | **06/2017 - 09/2017** | **Salary** |
| | **Relationship to debtor** **Employee/CEO** | | | |
| 30.2. | **Stephen Park** | | **08/2017 - 09/2017** | **Salary** |
| | **Relationship to debtor** **Employee/CFO** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 | **Albert Altro** | | **01/2017 to present** | **Consulting** |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |
| **Cleaning Solutions, LLC** | EIN:    **20-8707662** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **SEIU National Industry Pension Fund** | EIN: |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 29, 2017**

**/s/ Jeffory Southard**             **Jeffory Southard**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Arizona

In re **Paramount Building Solutions, LLC**      Case No.   **2:17-bk-10867-EPB**

                 Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   For legal services, I have agreed to accept .................................................. $ _____

   Prior to the filing of this statement I have received .................................. $ _____

   Balance Due ......................................................................................... $ _____

   ■ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of .......... $      **45,000.00**

   The undersigned shall bill against the retainer at an hourly rate of ............. $      **600.00**
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
   fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 29, 2017** | **/s/ Michael W. Carmel** |
| *Date* | **Michael W. Carmel 007356** |
| | *Signature of Attorney* |
| | **Michael W. Carmel, Ltd.** |
| | **80 E. Columbus Avenue** |
| | **Phoenix, AZ 85012** |
| | **(602) 264-4965  Fax: (602) 277-0144** |
| | **michael@mcarmellaw.com** |
| | *Name of law firm* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

| | |
|---|---|
| In re **Paramount Building Solutions, LLC** | Case No. **2:17-bk-10867-EPB** |
| Debtor(s) | Chapter **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 29, 2017**           Signature **/s/ Jeffory Southard**

                                             **Jeffory Southard**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy