Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PARAMOUNT BUILDING SOLUTIONS, LLC,<br>     Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:17-bk-10867-EPB |
| In re:<br><br>CLEANING SOLUTIONS, LLC,<br>     Debtor. | Case No. 2:17-bk-10868-DPC |
| In re:<br><br>JMS BUILDING SOLUTIONS, LLC,<br>     Debtor. | Case No. 2:17-bk-10869-BKM |
| In re:<br><br>STARLIGHT BUILDING SOLUTIONS, LLC,<br>     Debtor | Case No. 2:17-bk-10870-EPB<br>(Joint Administration Requested)<br><br>**CERTIFICATE OF SERVICE** |

I, Michael W. Carmel, hereby certify as follows:

On November 2, 2017, I caused to be sent, via U.S. Mail, postage pre-paid, a copy of the *"Order Setting Bar Date for Filing Proofs of Claim as Amended by the Court"* [DE #109] to all creditors and parties-in-interest on the list attached hereto as **Exhibit A.**

1

DATED this 2nd day of November, 2017.

2

3

MICHAEL W. CARMEL, LTD.

4

/s/Carmel, M.W. (007356)

5

Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Attorney for Debtors

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2