Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 11 Proceedings |
|---|---|
| PARAMOUNT BUILDING SOLUTIONS, LLC, | Case No. 2:17-bk-10867-EPB |
| Debtor. | |
| In re: | Case No. 2:17-bk-10868-DPC |
| CLEANING SOLUTIONS, LLC, | |
| Debtor. | |
| In re: | Case No. 2:17-bk-10869-BKM |
| JMS BUILDING SOLUTIONS, LLC, | |
| Debtor. | |
| In re: | Case No. 2:17-bk-10870-EPB (Jointly Administered) |
| STARLIGHT BUILDING SOLUTIONS, LLC, | **ORDER** |
| Debtor | |

The Court has reviewed the Debtors' "Motion to Reject (1) Real Property Leases; (2) Personal Property Leases; and (3) Other Executory Contracts" ("**Motion**"). With the exception of Nilfisk Advance, no objections to the Motion were filed.

Accordingly, good cause appearing,

IT IS HEREBY ORDERED granting the Debtors' Motion, with the exception of Nilfisk Advance.

The following real property leases, personal property leases, and executory contracts shall be deemed rejected:

**A.** **Real Property Leases**

1. Petar Marovic
   2045 California Avenue, #101
   Corona CA  92881

2. The Shaw 1989 Revocable Trust
   4741 Pell Dr., #3
   Sacramento, CA  95838

3. Cush Realty
   1576 E. Hammond St.
   Bangor, ME  04401

**B.** **Personal Property Contracts/Leases**

1. Celtic Leasing (Provident)
   P.O. Box 87618
   Chicago, IL  60680
   Floor Cleaning Equipment
   Windsor Equipment Lease #LC3410A01

2. Celtic Leasing (Provident)
   P.O. Box 87618
   Chicago, IL  60680
   Floor Cleaning Equipment
   Windsor Equipment Lease #LC3410A02

3. Marlin Leasing Corporation
   300 Fellowship Road
   Mt. Laurel, NJ  08054
   Lease #401-1383056-001

**C.** **Customer Contracts**

1. AAA Mid-Atlantic
   One River Place
   Wilmington, DE  19801

2. CBS Studios
   3171 W. Olympic Blvd.
   Ste. 553
   Los Angeles CA 90006

3. Caterpillar (Washington)
   100 N.E. Adams Sreet
   Peoria, IL 61629-9600

   Caterpillar (California)
   5924 Santa Elena Drive
   Arvin, CA 93203

4. Gerrads
   705 W. Cypress Ave.
   Redlands, CA 92373

5. Home Depot
   3171 W Olympic Boulevard
   Suite 553
   Los Angeles, CA 90006

6. Bristol Farms
   915 East 230th Street
   Carson, CA 90745

7. NBC Studios
   3171 W. Olympic Boulevard
   Suite 553
   Los Angeles, CA 90006

8. Basha's
   P.O Box 488
   Chandler, AZ 85244

9. Jewel
   250 Parkcenter Blvd.
   Boise, ID 83706

10. Raleys
    P.O. Box 15618
    Sacramento, CA 95852

3

| | |
|---|---|
| 11. | LaFrack<br>Realty Operations Group<br>P.O Box 2010<br>Hazelton, PA  18201-0676 |
| 12. | SDI<br>1910 S. Stapley Dr.<br>Ste. 221<br>Mesa, AZ  85204 |
| 13. | US Maintenance – US Bank<br>1700 Markley Street<br>Ste. 100<br>Norristown, PA  19401 |
| 14. | US Maintenance<br>1700 Markley Street<br>Ste. 100<br>Norristown, PA  19401 |
| 15. | Vons<br>250 Parkcenter Blvd.<br>Boise, ID  83706 |
| 16. | Albertsons<br>250 Parkcenter Blvd.<br>Boise, ID  83706 |
| 17. | Planet Fitness<br>1372 N. McDowell Blvd.<br>Suite D<br>Petaluma, CA  94954 |

**D.** **<u>Other Executory Contracts</u>**

1. Topsource, LLC
   150 Northwest Point Blvd.
   Elk Grove, IL  60007
   Incentive Rebate Agreement and Amendment

. . .

. . .

4

2. US Metro Group
   3171 W. Olympic Blvd.
   Suite 553
   Los Angeles, CA 90006
   Subcontract Service Agreement

3. Bank Direct
   Two Conway Park
   150 North Field Drive
   Ste. 190
   Lake Forest, IL 60045
   Financing of Insurance Premiums

4. Marsh USA, Inc.
   1717 Arch Street
   Ste. 1100
   Philadelphia, PA 19103
   Insurance Marketing and Placement Consulting Services

DATED AND SIGNED ABOVE.